UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIANA A.,

          Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. 25-cv-07424-SI

**JUDGMENT**

    The Court has granted plaintiff's motion for summary judgment, denied defendant's cross-motion for summary judgment, and remanded this case to the Social Security Administration for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is hereby entered accordingly.

    **IT IS SO ORDERED AND ADJUGED**.

Dated: May 1, 2026

SUSAN ILLSTON
United States District Judge